Sabrina LAGUNA, an individual; Carlos Acevedo, an individual; Teresa Salas, an individual; Roes 3–50, on behalf of themselves and in a representative capacity for all others similarly situated, Plaintiffs–Appellees,

Amrit Singh, Objector–Appellant,

v.

COVERALL NORTH AMERICA, INC., a Delaware corporation; Allied Capital Corporation, a Maryland corporation; Ares Capital Corporation, a Maryland corporation; CNA Holding Corporation, a Delaware corporation; Ted Elliott, an individual; Does, 5–50, inclusive, Defendants–Appellees.

No. 12–55479.

United States Court of Appeals, Ninth Circuit.

Nov. 20, 2014.

Shannon Liss–Riordan (argued), Licthen & Liss–Riordan, P.C., Boston, MA; Monique Olivier, Duckworth Peters Lebowitz Olivier, LLP, San Francisco, CA, for Objector–Appellant.

Raul Cadena & Nicole R. Roysdon, Cadena Churchill, LLP, San Diego, CA; L. Tracee Lorens & Wayne Alan Hughes, Lorens & Associates, APLC, San Diego CA, for Plaintiffs–Appellees.

Norman M. Leon (argued), DLA Piper LLP, Chicago, IL; Mazda K. Antia, Cooley LLP (argued), San Diego, CA; Jeffrey A. Rosenfeld & Nancy Nguyen Sims, DLA Piper LLP, Los Angeles, CA, for Defendants–Appellees.

Theodore H. Frank, Center for Class Action Fairness, Washington, D.C.; Adam Ezra Schulman, Student Press Law Center, Arlington, VA, for Amicus Curiae Center for Class Action Fairness.

* The Honorable Edward M. Chen, District Judge for the U.S. District Court for the

Before: RONALD M. GOULD and JAY S. BYBEE, Circuit Judges, and EDWARD M. CHEN, District Judge.*

### ORDER

The court has been advised that the parties have reached a settlement in this action. The appeal is hereby **DISMISSED AS MOOT**, and the previously filed opinion reported at 753 F.3d 918 (9th Cir.2014) is **VACATED**. Each party shall bear its own costs.